UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/21/19

---

ELAINE SPATH,

Plaintiff,

v.

QUINCY BIOSCIENCE HOLDING
COMPANY, INC. *et al*,

Defendants.

No. 19-CV-3521 (RA)

---

JAMES VANDERWERFF,

Plaintiff,

v.

QUINCY BIOSCIENCE HOLDING
COMPANY, INC. *et al*,

Defendants.

No. 19-CV-7582 (RA)

---

JOHN KARATHANOS,

Plaintiff,

v.

QUINCY BIOSCIENCE HOLDING
COMPANY, INC. *et al*,

Defendants.

No. 19-CV-8023 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

For the reasons discussed at today's conference, the stay in all three actions shall remain

in place until January 29, 2020. A conference is scheduled for January 29, 2020 at 3:30 p.m.

The parties shall file a joint letter prior to that conference.

SO ORDERED.

Dated:   November 21, 2019
         New York, New York

Ronnie Abrams
United States District Judge