# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-22864-Civ-COOKE/GOODMAN

JUAN COLLINS, on behalf of himself
and all others similarly situated,

    Plaintiff,

vs.

QUINCY BIOSCIENCE, LLC,
a Wisconsin limited liability company,

    Defendant.
_____/

## ORDER GRANTING JOINT MOTION FOR STAY PENDINGAPPROVAL OF SETTLEMENT

This CASE is before the Court on the Joint Motion for Stay of Claims Pending Approval of Settlement Proceedings and Notice of Class-Wide Settlement, ECF No. 136. Plaintiffs and Defendant have advised the Court that: (a) they have reached a class-wide settlement that, if approved, will resolve all claims in this action against the Defendant; (b) the Parties have signed a Settlement Term Sheet and are in the process of finalizing a written Settlement Agreement; and (c) the Parties will seek preliminary and final approval of their class-wide settlement, upon finalization of their written Settlement Agreement.

Having reviewed the record and having otherwise been duly advised on the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     The Motion is **GRANTED,** and this case is **STAYED** pending the Parties' execution of the Settlement Agreement and Court's approval of the Settlement Agreement.

      2.      The Parties will execute a Settlement Agreement on or before June 22, 2020.

      3.      Plaintiffs shall file a Motion for Preliminary Approval of the Class-Wide Settlement on or before June 26, 2020.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 29th day of May 2020.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*