## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES VANDERWERFF, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., et al.;<br><br>　　　　Defendants. | **No. 1:19-cv-07582-RA** |
| JOHN KARATHANOS, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., et al.;<br><br>　　　　Defendants. | **No. 1:19-cv-08023-RA** |
| ELAINE SPATH, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., et al.;<br><br>　　　　Defendants. | **No. 1:19-cv-03521-RA** |

## **JOINT NOTICE OF SETTLEMENT**

Plaintiffs James Vanderwerff, John Karathanos, and Elaine Spath ("Plaintiffs"), and Defendants Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen, Inc. d/b/a Sugar River Supplements, Quincy Bioscience Manufacturing, LLC, Mark Underwood, and Michael Beaman ("Defendants") (collectively, the "Parties") hereby notify the Court that they, along with the other plaintiffs and defendants in the various class actions pending around the country, have reached a settlement that would resolve all of the pending class actions, including the above-captioned actions (the "S.D.N.Y. Actions").

On May 28, 2020, plaintiffs Juan Collins and John Fowler and Defendant Quincy Bioscience, LLC filed a joint motion for stay of claims pending approval of the settlement proceedings and notice of class-wide settlement in a related action pending in the Southern District of Florida, styled *Collins, et al. v. Quincy Bioscience, LLC*, No. 1:19-cv-22864-civ-Cooke/Goodman, (S.D. Fla.) (the "Related Florida Action"). On June 1, 2020, Judge Cooke stayed the Related Florida Action pending approval of the class-wide settlement. A copy of the Order staying the Related Florida Action is attached hereto as Exhibit A.

The nationwide class settlement reached in the Related Florida Action will resolve all claims asserted by the Plaintiffs in the S.D.N.Y. Actions, and all Parties in the S.D.N.Y. Actions are a part of the nationwide settlement in the Related Florida Action. The plaintiffs in the Related Florida Action are in the process of preparing a motion for preliminary approval of the nationwide class action settlement and anticipate filing it with in the Southern District of Florida by June 26, 2020.

The Parties therefore request that this Court vacate all current and pending deadlines and stay these matters pending preliminary and final approval of the nationwide class action settlement in the Related Florida Action. The Parties propose to submit a joint status report following preliminary approval of the nationwide class action settlement in the Related Florida Action.

This Joint Notice is submitted by:

Dated:  June 1, 2020

| */s/  Kevin P. Roddy* | */s/  Scott A. Kamber* | */s/ Geoffrey W. Castello* |
|---|---|---|
| Kevin P. Roddy | Scott A. Kamber | Geoffrey W. Castello |
| **WILENTZ, GOLDMAN & SPITZER** | **KAMBERLAW, LLC** | Jaclyn M. Metzinger |
| 90 Woodbridge Center Drive | 201 Milwaukee Street, Suite 200 | Glenn T. Graham |
| Woodbridge, NJ 07095 | Denver, CO 80206 | **KELLEY DRYE & WARREN LLP** |
| kroddy@wilentz.com | Telephone: (212) 920-3072 | 101 Park Avenue |
|  | skamber@kamberlaw.com | New York, New York 10178 |
|  |  | Tel: (212) 808-7800 |
|  |  | gcastello@kelleydrye.com |
|  |  | jmetzinger@kelleydrye.com |
|  |  | ggraham@kelleydrye.com |

*Attorneys for Plaintiffs James Vanderwerff and John Karathanos*

*Attorneys for Plaintiff Elaine Spath*

*Counsel for Defendants Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen, Inc. d/b/a Sugar River Supplements, and Quincy Bioscience Manufacturing, LLC*

Daniel Lapinski
**MOTLEY RICE LLC**
201 Lake Drive East, Suite 101
Cherry Hill, NJ 08002
Telephone: (856) 667-5133
dlapinski@motleyrice.com

Elaine A. Ryan
**BONNET FAIRBOURN FRIEDMAN & BALINT, P.C**
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: (602) 274-1100
eryan@bffb.com

Application granted.  All current and pending deadlines in this case are vacated, and these matters are stayed pending preliminary and final approval of the nationwide class action settlement in the Related Florida Action.  The parties are ordered to promptly submit a joint status report following preliminary approval of the nationwide class action settlement in the Related Florida Action.

Patricia N. Syverson
**BONNET FAIRBOURN FRIEDMAN & BALINT, P.C.**
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 798-4593
psyverson@bffb.com

SO ORDERED.

Ronnie Abrams, U.S.D.J.
June 3, 2020

*Attorneys for Plaintiffs James Vanderwerff and John Karathanos*

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-22864-Civ-COOKE/GOODMAN

JUAN COLLINS, on behalf of himself
and all others similarly situated,

    Plaintiff,

vs.

QUINCY BIOSCIENCE, LLC,
a Wisconsin limited liability company,

    Defendant.
_____/

## ORDER GRANTING JOINT MOTION FOR STAY PENDING APPROVAL OF SETTLEMENT

This CASE is before the Court on the Joint Motion for Stay of Claims Pending Approval of Settlement Proceedings and Notice of Class-Wide Settlement, ECF No. 136. Plaintiffs and Defendant have advised the Court that: (a) they have reached a class-wide settlement that, if approved, will resolve all claims in this action against the Defendant; (b) the Parties have signed a Settlement Term Sheet and are in the process of finalizing a written Settlement Agreement; and (c) the Parties will seek preliminary and final approval of their class-wide settlement, upon finalization of their written Settlement Agreement.

Having reviewed the record and having otherwise been duly advised on the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     The Motion is **GRANTED,** and this case is **STAYED** pending the Parties' execution of the Settlement Agreement and Court's approval of the Settlement Agreement.

      2.      The Parties will execute a Settlement Agreement on or before June 22, 2020.

      3.      Plaintiffs shall file a Motion for Preliminary Approval of the Class-Wide Settlement on or before June 26, 2020.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 29th day of May 2020.

*[signature]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*